[No. 829.]

## THE STATE OF NEVADA, RESPONDENT, v. CHIN WAH (CHINAMAN), APPELLANT.

WHEN JUDGMENT SHOULD BE AFFIRMED IN A CRIMINAL CASE.—When the defendant in a criminal case fails to put in an appearance in the appellate court the judgment of conviction will be affirmed upon motion. (1 Comp. L. 2109.)

APPEAL from the District Court of the Fifth Judicial District, Lander County.

*John R. Kittrell, Attorney-General,* for Respondent:

By the Court, BEATTY, J.:

This is an appeal from a judgment convicting the defendant of a felony. The time allowed the appellant to argue his case having expired without any appearance on his part, the judgment is affirmed in obedience to the provisions of the statute. (C. L. 2109.)